AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>(1) a Microsoft Xbox Console with serial number 106520753548; (2) an Apple iPhone described as having a white border with a blue case; and (3) a HP laptop computer with serial number CND5226212, as further described in Attachment A | Case No.  2:19-MJ-5299<br><br>AMENDED |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __12/13/K  12ʷ__     _____
                                              *Judge's signature*

City and state:     Los Angeles, CA         Michael Wilner, U.S. Magistrate Judge
                                              *Printed name and title*

AUSA:     Aron Ketchel x1019

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:19-MJ-5299 | DEC 19, 2019 at 9:00AM | POMONA POLICE DET. CHILDERS |

Inventory made in the presence of :
POMONA POLICE DET. CHILDERS

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED FBI RECEIPT FOR PROPERTY FD 597.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2019

_____
Executing officer's signature

FBI SA CLINT WILMSEN
Printed name and title

FD-597 (Rev. 4-13-2015)                                                                                       Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 305H-LA-7577480

On (date): 12/19/2019

item (s) listed below were:
- [ ] Collected/Seized
- [x] Received From
- [ ] Returned To
- [ ] Released To

(Name): Det. Childers, Pomona Police Department
(Street Address): 490 W. Mission Blvd.
(City): Pomona, CA 91766

Description of Item (s):

1. One Microsoft Xbox Console with serial number 106520753548 WITH POWER SUPPLY AND CONTROLLER
2. One Apple iPhone described as having a white border with a blue case W/ CHARGING CORD
3. One HP laptop computer with serial number CND5226212

Received By: (Signature)
Printed Name/Title: SA Clint Wilmsen

Received From: (Signature)
Printed Name/Title: Det. Childers